# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Kellie Michael King**
717 Lee Street, SW
Apt 106
Atlanta, GA 30310

**xxx–xx–2515**

Case No.: **15–53334–crm**
Chapter: **7**
Judge: **C. Ray Mullins**

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Tamara Miles Ogier**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_C. Ray Mullins_

C. Ray Mullins
United States Bankruptcy Judge

Dated: October 20, 2015
Form 184